# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 450 Main Street, Hartford, CT before the **Honorable ALVIN W. THOMPSON, United States District Judge, on Friday, August 26, 2022, at 3:00 pm.**

AUSA CONOR M. REARDON

**Waiver of Indictment/Plea Hearing**

| | |
|---|---|
| UNITED STATES | **Case No. 3:22CR 172 (AWT)** |
| v. | |
| JOHN DOE | **COUNT ONE** |
| (John R. Gulash, Esq.) | 18 USC § 1343 |
| | Wire Fraud |

PENALTIES
Imprisonment: 20 years maximum
Fine: $250,000
Supervised Release: 3 years maximum
Special Assessment: $100

To: Honorable Alvin W. Thompson

cc:    U. S. Attorney's Office –Hartford
       U. S. Marshal's Office – Hartford- *via email*
       U. S. Clerk's Office – Linda Ferguson, Courtroom Deputy - *via email*
       U. S. Probation Office – Hartford- *via email*
       John R. Gulash, Esq. (Counsel for Defendant)- *via email*